UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**CURTIS E. DILLON**                               **CIVIL ACTION 11-2051 - SECTION P**

**VERSUS**                                               **JUDGE ROBERT G. JAMES**

**BURL CAIN**                                      **MAG. JUDGE KAREN L. HAYES**

**MEMORANDUM ORDER**

On November 17, 2011, *pro se* filer Curtis E. Dillon ("Petitioner") filed a Petition for Writ of *Habeas Corpus* under 28 U.S.C. §2241. Petitioner challenges his convictions for simple burglary and attempted first degree murder. Petitioner contends that the trial court lacked jurisdiction to convict him and that there was no probable cause to arrest him on the charges.

Petitioner is a frequent filer and has been warned and sanctioned numerous times not only by this Court but by the United States Court of Appeals for the Fifth Circuit. The Court of Appeals ordered Petitioner to pay sanctions in these cases: $100 in In re Dillon, 03-30595 (5th Cir. July 9, 2003); $100 in In re Dillon, 03-30848 (5th Cir. Nov. 5, 2003); and $100 in Dillon v. Cain, 05-30130 (5th Cir. Dec. 13, 2005). This Court also ordered Dillon to pay sanctions of $200 in Dillon v. Warden, Louisiana State Penitentiary, 1:04-cv-1548 (Dec. 27, 2004), and another $200 in Dillon v. Warden, Louisiana State Penitentiary, 1:04-cv-2060 (Dec. 27, 2004). Petitioner has been advised by the Court of Appeals that he is barred from filing in that court or any court subject to that court's jurisdiction "until the total the amount of all sanctions imposed is paid in full." See Dillon v. Cain, 05-30130 (5th Cir. Dec. 13, 2005). Petitioner has also been advised by this Court that he may not file in this Court unless two conditions are satisfied: 1) the sanctioned amount is paid in full; and 2) the proposed

filing is approved by the district judge or magistrate judge. See <u>Dillon v. Warden, Louisiana State Penitentiary</u>, 1:04-cv-1548 (Dec. 27, 2004). A review of the Court's records indicates that Petitioner has not paid any of the sanctions that he was ordered to pay. Accordingly,

**IT IS ORDERED THAT** this Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept no future filings of any kind from Curtis E. Dillon unless the previous sanctioned amounts are paid in full to this Court as well as the Court of Appeals <u>and</u> the proposed filing is approved by the District Judge.

**MONROE, LOUISIANA**, this 16th day of December, 2011.

_____
ROBERT G. JAMES, CHIEF JUDGE
WESTERN DISTRICT OF LOUISIANA